IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 : Chapter 13
    Budusky, Jimilou E.

        Debtor           :    17-15645

## ORDER

AND NOW, to wit, this _____ day of _____, 2017, upon consideration of the foregoing Motion to Extend the Stay beyond the initial 30 day period under 11 U.S.C. Section 362 (c)(3)(b), filed by the Debtor's attorney IT IS HEREBY ORDERED and DECREED the the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay.

BY THE COURT

*[signature]*    9/7/17
_____
JUDGE STEPHEN RASLAVICH

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Budusky, Jimilou E.
231 Lawn Ave
Sellersville, PA 18960