United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15645-sr
Jimilou E. Budusky                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                 Page 1 of 2           Date Rcvd: Sep 08, 2017
                              Form ID: 309I             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db             +Jimilou E. Budusky,    231 Lawn Ave,    Sellersville, PA 18960-2325
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
13970686       +Advautfin,    4856 Old Bethlehem Pike,    Telford, PA 18969-1141
13970687       +Allentown Anesthesia,    c/o Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
13970688       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13970691       +Central Credit/Penn Cr,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13970693       +Chrgacar / Advantage Auto Finance of PA,    4856 Old Bethlehem,    Telford, PA 18969-1141
13970695       +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13970697       +Genesis Healthcare,    c/o Penn Credit,    916 S. 14th St,    PO Box 988,
                 Harrisburg, PA 17108-0988
13970698       +Grand View Hospital,    700 Lawn Ave,    Sellerville, PA 18960-1587
13970699        Grand View Sports Medicine Ctr,    915 Lawn Avenue,    Sellersville, PA 18960-1551
13970700       +Gwynedd Veterinary Hospital,    1615 W. Point Pike,    Lansdael, PA 19446-5699
13970702        IRS,    Andover, MA 01810-9041
13970704       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13970705       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13970706       +Lehigh Valley Health Network,    PO Box 1754,    Allentwon, PA 18105-1754
13970708       +Medical Imag of Lehigh Valley,    PO Box 3226,    Allentown, PA 18106-0226
13970709       +OAA Orthopaedic Specialists,    250 Cetronia Rd,    Allentown, PA 18104-9168
13970710       +Ocean Home Health,    100 Airport Rd, Ste 101,    Lakewood, NJ 08701-6910
13970711       +Penn Credit,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13970712       +Pnc Mortgage,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
13970713       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
13970716       +VSAS Orthopaedics,    c/o Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: aaamcclain@aol.com Sep 09 2017 02:31:06      JOHN L. MCCLAIN,
                 John L. McClain and Associates,    P.O. Box 123,    Narberth, PA  19072-0123
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:32:56      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 09 2017 02:32:17      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13970690       +EDI: CAPITALONE.COM Sep 09 2017 02:23:00      Capital One,    Attn: Bankruptcy,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
13970689       +EDI: CAPITALONE.COM Sep 09 2017 02:23:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
13970694       +EDI: RCSFNBMARIN.COM Sep 09 2017 02:23:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
13970696       +EDI: AMINFOFP.COM Sep 09 2017 02:23:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
13970701       +EDI: IIC9.COM Sep 09 2017 02:23:00      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; PO Box 64378,    St. Paul, MN 55164-0378
13970707       +E-mail/Text: Bankruptcies@nragroup.com Sep 09 2017 02:33:50      Lehigh Valley Hospital,
                 c/o National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
13970714       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 09 2017 02:36:36      Regional Acceptance Co,
                 1420 East Fire Tower Rd,    Greenville, NC 27858-4139
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13970703*      +Jimilou E. Budusky,    231 Lawn Ave,    Sellersville, PA 18960-2325
13970692      ##+Cetronia Ambulance Corp,    7355 William Avenue Ste 700,    Allentown, PA 18106-9397
13970715      ##+Rent Recover Llc,    220 Gerry Dr,    Wood Dale, IL 60191-1129
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: dlv               Page 2 of 2                   Date Rcvd: Sep 08, 2017
                              Form ID: 309I           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Jimilou E. Budusky aaamcclain@aol.com,
               edpabankcourt@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jimilou E. Budusky** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6629** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**   **8/19/17** |
| Case number: | **17–15645–sr** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                        12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jimilou E. Budusky | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 231 Lawn Ave <br> Sellersville, PA 18960 | |
| 4. | **Debtor's attorney** <br> Name and address | JOHN L. MCCLAIN <br> John L. McClain and Associates <br> P.O. Box 123 <br> Narberth, PA 19072–0123 | Contact phone 215–893–9357 <br> Email:  aaamcclain@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br> Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br> Date: 9/8/17 |

**For more information, see page 2**

Official Form 309I                         **Notice of Chapter 13 Bankruptcy Case**                         page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 13, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/12/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/11/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/15/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 960.00 per month for 60 months. The hearing on confirmation will be held on:<br>**11/30/17** at **9:30 AM**, Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |