**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jimilou** | **E.** | **Budusky** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known)  **17-15645**

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

**1.** *Schedule A/B: Property* (Official Form 106A/B)

　1a. Copy line 55, Total real estate, from Schedule A/B..................................................................   **$314,071.00**

　1b. Copy line 62, Total personal property, from Schedule A/B.......................................................   **$9,951.00**

　1c. Copy line 63, Total of all property on Schedule A/B.................................................................   **$324,022.00**

## Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
　2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   **$258,343.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
　3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................   **$9,471.00**

　3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.............  +  **$38,981.00**

**Your total liabilities**   **$306,795.00**

## Part 3:  Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
　Copy your combined monthly income from line 12 of Schedule I.................................................   **$4,253.27**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
　Copy your monthly expenses from line 22c of Schedule J..........................................................   **$3,290.00**

Debtor 1    **Jimilou E. Budusky**                                              Case number (if known)  **17-15645**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.       **$3,330.00**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

   **Total claim**

   **From Part 4 on** *Schedule E/F,* **copy the following:**

   9a.  Domestic support obligations.  (Copy line 6a.)                                           **$0.00**

   9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)                  **$3,471.00**

   9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)         **$0.00**

   9d.  Student loans.  (Copy line 6f.)                                                          **$0.00**

   9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                                                                   **$0.00**

   9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  **+  $0.00**

   9g.  **Total.**  Add lines 9a through 9f.                                                    **$3,471.00**