**Fill in this information to identify your case:**

Debtor 1     __Jimilou__          __E.__              __Budusky__
             First Name           Middle Name         Last Name

Debtor 2     _____
(Spouse, if filing)  First Name   Middle Name         Last Name

United States Bankruptcy Court for the: __EASTERN DIST. OF PENNSYLVANIA__

Case number  __17-15645__
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules        12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  __/s/ Jimilou E. Budusky__                      X  _____
   Jimilou E. Budusky, Debtor 1                        Signature of Debtor 2

   Date  __09/30/2017__                                Date  _____
         MM / DD / YYYY                                      MM / DD / YYYY