United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15645-jkf
Jimilou E. Budusky                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi            Page 1 of 1            Date Rcvd: Oct 03, 2017
                                Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db             +Jimilou E. Budusky,    231 Lawn Ave,    Sellersville, PA 18960-2325
                Imedecs,   2060 Detwiler Rd. #100,    Harleysville, PA  19438-2937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOHN L. MCCLAIN    on behalf of Debtor Jimilou E. Budusky aaamcclain@aol.com,
       edpabankcourt@aol.com
      REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Budusky, Jimilou E.

    Debtor(s) : 17-15645

### AMENDED ORDER DIRECTING EMPLOYER* TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Imedecs**
**2060 Detwiler Rd # 100**
**Harleysville, PA 19438-2937**

Re:   **Budusky, Jimilou E.**
SSN:  xxx-xx-6629

The future earnings of the above named debtor Budusky, Jimilou E., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$500.00 for 36 months,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$500.00 for 36 months**
    Frederick Reigle, Trustee
    P.O. Box 680
    Memphis, TN 38101-0680

    BY THE COURT:_____
               JUDGE
                    **Date: October 3, 2017**

Imedecs
2060 Detwiler Rd # 100
Harleysville, PA 19438-2937

Budusky, Jimilou E.

231 Lawn Ave
Sellersville, PA 18960

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123