**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Budusky, Jimilou E.**                    **: Chapter 13**

**Debtor**                        **: 17-15645**


## CERTIFICATE OF SERVICE

I certify that on  January 17, 2018, copies of the **Debtor's Motion to Approve Realtor/Broker, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by  first class, regular U.S. mail, postage prepaid or by electronic means.

Dated:  January 17, 2018.

 "/s/" Mitchell J. Prince
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Melissa Healy and Vincent Vesci
Keller Williams Real Estate
2003 S.. Easton Road. STE 108
Doylestown, PA 18901

Budusky, Jimilou E.
231 Lawn Ave
Sellersville, PA 18960