**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Budusky, Jimilou E.                 : Chapter 13

Debtor                                  : 17-15645

### ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW,** this 26th day of February, 2018, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker Keller Williams Real Estate by its designated licensee and realtors, Melissa Healy and Vincent Vesci for the purpose of selling her property located at 231 Lawn Ave, Sellersville, PA 18960

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Budusky, Jimilou E.
231 Lawn Ave
Sellersville, PA 18960

Melissa Healy and Vincent Vesci
Keller Williams Real Estate
2003 S.. Easton Road. STE 108
Doylestown, PA 18901

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606