# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jimilou E. Budusky
                Debtor

PNC Bank, National Association
                Movant
    vs.

Jimilou E. Budusky
                Respondent

CHAPTER 13

NO. 17-15645 JKF

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about November 28, 2017.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Kevin G. McDonald, Esquire
Attorneys for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 28, 2018