```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-15645-jkf
Jimilou E. Budusky                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                 Page 1 of 1              Date Rcvd: Feb 26, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
r              +Keller Williams Real Estate,   2003 S. Easton Rd.,   Suite 108,   Doylestown, PA 18901-7100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Jimilou E. Budusky aaamcclain@aol.com,
               edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank, National Association KMcDonald@blankrome.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    **Budusky, Jimilou E.**    : Chapter 13

    **Debtor**    : 17-15645

### ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW,** this 26th day of February, 2018, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker Keller Williams Real Estate by its designated licensee and realtors, Melissa Healy and Vincent Vesci for the purpose of selling her property located at 231 Lawn Ave, Sellersville, PA 18960

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Budusky, Jimilou E.
231 Lawn Ave
Sellersville, PA 18960

Melissa Healy and Vincent Vesci
Keller Williams Real Estate
2003 S.. Easton Road. STE 108
Doylestown, PA 18901

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606