**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Budusky, Jimilou E. | : Chapter 13 |
| Debtor | : 17-15645 |

**CERTIFICATE OF SERVICE**

      I certify that on  June 17, 2018, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Notice of Hearing to Consider Application to the parties listed below.

Dated:  June 17, 2018.

                                      "/s/" Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Melissa Healy and Vincent Vesci
c/o Leigh Nunno Associate Broker The Melissa Healy Group
Keller Williams Real Estate
2003 S.. Easton Road. STE 108
Doylestown, PA 18901

Rebecca A. Solarz, Esquire
Kevin G. McDonald, Esquire
Attorneys for PNC Bank
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Budusky, Jimilou E.
231 Lawn Ave
Sellersville, PA 18960