## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Budusky, Jimilou E.         : Chapter 13
    Debtor                      : 17-15645

### ORDER

**AND NOW,** this 23rd day of July 2018, upon consideration of the application by Debtor, **Jimilou E. Budusky,** it is hereby **ORDERED** as follows:

1. The Debtor's Motion to Sell her property located at 231 Lawn Ave., Sellersville, Pennsylvania 18960, is hereby approved,

2. The Court finds the Buyer to be a purchaser in good faith,

3. The Debtor is authorized and permitted to make the following, distributions from proceeds generated at settlement:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b) Municipal claims, if any, including past due sewer, water ro refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claim existing on the subject premises;

    (d) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale; and

    (e) The Debtors' shall be paid a total of $15,056.72.

4. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

5. The Debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

6. The Title Company shall send a copy of the final HUD-1 Settlement Statement to Frederick L. Reigle, Trustee, 2901 St. Lawrence Avenue, Suite 100, P.O. Box 4010, Reading, PA 19606, within 3 Days after closing.

BY THE COURT

_____
**JEAN K. FITZSIMON
CHIEF U.S. BANKRUPTCY JUDGE**