UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JIMILOU E.   BUDUSKY

                                                    : Bankruptcy No. 17-15645JKF
                    Debtor(s)                       : Chapter 13

ORDER

        AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                          BY THE COURT

        **Date: December 19, 2018**

                                          Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH PA 19072-0123

JIMILOU E.   BUDUSKY
231 LAWN AVE
SELLERSVILLE,PA.18960