United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-15645-jkf
Jimilou E. Budusky                                              Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2                Date Rcvd: Dec 19, 2018
                              Form ID: pdf900          Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
```
db          +Jimilou E. Budusky,    231 Lawn Ave,    Sellersville, PA 18960-2325
r           +Keller Williams Real Estate,    2003 S. Easton Rd.,    Suite 108,    Doylestown, PA 18901-7100
13970686    +Advautfin,    4856 Old Bethlehem Pike,    Telford, PA 18969-1141
13970687    +Allentown Anesthesia,    c/o Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
13970688    +Arcadia,    645 Penn St,    Reading, PA 19601-3543
13970691    +Central Credit/Penn Cr,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13970692    +Cetronia Ambulance Corp,    7355 William Avenue Ste 700,    Allentown, PA 18106-9397
13970693    +Chrgacar / Advantage Auto Finance of PA,    4856 Old Bethlehem,    Telford, PA 18969-1141
13970695    +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13970696    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13970697    +Genesis Healthcare,    c/o Penn Credit,    916 S. 14th St,    PO Box 988,
              Harrisburg, PA 17108-0988
13970698    +Grand View Hospital,    700 Lawn Ave,    Sellerville, PA 18960-1587
13970699     Grand View Sports Medicine Ctr,    915 Lawn Avenue,    Sellersville, PA 18960-1551
13970700    +Gwynedd Veterinary Hospital,    1615 W. Point Pike,    Lansdael, PA 19446-5699
13970701    +IC System,   Attn: Bankruptcy,    444 Highway 96 East; PO Box 64378,    St. Paul, MN 55164-0378
13970702     IRS,    Andover, MA 01810-9041
13970704    +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13970705    +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13970706    +Lehigh Valley Health Network,    PO Box 1754,    Allentwon, PA 18105-1754
13970708    +Medical Imag of Lehigh Valley,    PO Box 3226,    Allentown, PA 18106-0226
13970709    +OAA Orthopaedic Specialists,    250 Cetronia Rd,    Allentown, PA 18104-9168
13970710    +Ocean Home Health,    100 Airport Rd, Ste 101,    Lakewood, NJ 08701-6910
13981618    +PNC Bank, National Association,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
              710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14014507    +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13970711    +Penn Credit,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13970712    +Pnc Mortgage,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
13970713    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
13970716    +VSAS Orthopaedics,    c/o Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:29     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:57
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:11     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13970690    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2018 02:50:31     Capital One,
              Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
13970689    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2018 02:50:43     Capital One,
              Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13970694    +E-mail/PDF: creditonebknotifications@resurgent.com Dec 20 2018 02:50:19     Credit One Bank,
              PO Box 98873,    Las Vegas, NV 89193-8873
13970707    +E-mail/Text: Bankruptcies@nragroup.com Dec 20 2018 02:45:37     Lehigh Valley Hospital,
              c/o National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
14017260    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2018 02:44:59     MIDLAND FUNDING LLC,
              PO BOX 2011,    Warren MI 48090-2011
13996616     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2018 02:50:18
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14010761    +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2018 02:45:07     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13970714    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 20 2018 02:50:19     Regional Acceptance Co,
              1420 East Fire Tower Rd,    Greenville, NC 27858-4139
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13970703*    +Jimilou E. Budusky,    231 Lawn Ave,    Sellersville, PA 18960-2325
13970715    ##+Rent Recover Llc,    220 Gerry Dr,    Wood Dale, IL 60191-1129
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Dec 19, 2018
                              Form ID: pdf900          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Jimilou E. Budusky aaamcclain@aol.com,
               edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JIMILOU E.  BUDUSKY

                                                    : Bankruptcy No. 17-15645JKF
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 19, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH PA 19072-0123

JIMILOU E.  BUDUSKY
231 LAWN AVE
SELLERSVILLE,PA.18960